



EXHIBIT "A"